# United States District Court

District of South Carolina
FLORENCE DIVISION

FILED
SEP - 1 2004
LARRY W. PROPES, CLERK
FLORENCE, SC

UNITED STATES OF AMERICA,

v.

ARTHUR LARRY FREEMAN, JR., Individually and As Personal Representative of the Estate of ERNESTINE BONILLA; KHRISTEN DION FREEMAN and QUINTELL FREEMAN, Heirs-at-Law and Devisees Under the Last Will and Testament of ERNESTINE BONILLA, Deceased, THE BELK CENTER, HORRY COUNTY EMERGENCY MEDICAL SERVICE, CITICORP CREDIT SERVICES INC., and CONWAY HOSPITAL, INC.,

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 4:04-22094-27

**TO:** (Name and Address of Defendant)

ARTHUR LARRY FREEMAN, JR., Individually and As Personal Representative of the Estate of ERNESTINE BONILLA; KHRISTEN DION FREEMAN and QUINTELL FREEMAN, Heirs-at-Law and Devisees Under the Last Will and Testament of ERNESTINE BONILLA, Deceased, THE BELK CENTER, HORRY COUNTY EMERGENCY MEDICAL SERVICE, CITICORP CREDIT SERVICES INC., and CONWAY HOSPITAL, INC.,

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

Plaintiff's Attorney (name and address)

ROBERT F. DALEY, JR. (ID #6460)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
(803)929-3000

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

LARRY W. PROPES
Clerk

SEP - 1 2004
Date

By Deputy Clerk