**FILED**

# United States District Court

For The District of South Carolina

## FLORENCE DIVISION

NOV 0 3 2004

LARRY W. PROPES, CLERK
COLUMBIA. S.C.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION: 4:04-22094-27 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ANSWER OF QUINTELL FREEMAN** |
| | ) | **BY HIS/HER GUARDIAN AD LITEM** |
| | ) | |
| ARTHUR LARRY FREEMAN, JR.. et al. | ) | |
| | ) | |
| Defendants. | ) | |

The Defendant(s), Quintell Freeman, by his/her duly appointed Guardian Ad Litem,

answering the Summons and Complaint, would show that:

1.  Each and every allegation contained in the Summons and Complaint not specifically

    admitted herein is denied and strict proof demanded thereof.

2.  Each and every allegation of the Complaint supported by the documents attached thereto

    are admitted.

3.  Defendant lacks sufficient information to admit the remaining allegations of the

    Complaint, and therefore deny the same.

    **WHEREFORE** having answered the Summons and Complaint, the Defendant(s),

Quintell Freeman prays this Honorable Court will allow this proceeding to proceed and protect

his/her interest, if any, in the property which is the subject of this action.

November 2, 2004

Ronald R. Hall,     District Court # 1676
Guardian Ad Litem For Quintell Freeman
1055 Sunset Blvd.
West Columbia, SC 29169          TEL: 803+791-3196

# United States District Court
For The District of South Carolina
## FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION: 4:04-22094-27 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ARTHUR LARRY FREEMAN, JR, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

THE UNDERSIGNED herewith certifies he did on the 2 Day of November, 2004, deliver a copy of the <u>ANSWER</u> of the Defendant(s) , Quintell Freeman, to the Plaintiff by depositing a copy of the same in the U.S. Mail, Postage prepaid, return address clearly shown upon the outside of the envelope, addressed to counsel for the Plaintiff, to wit:

Robert F. Daley, Jr.
Assistant United States Attorney
Wachovia Bank Building
1441 Main Street, Suite 500
Columbia, SC 29201


Ronald R. Hall
Guardian Ad Litem for Quintell Freeman
District Court # 1676