IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO. 4:04-22094-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | MARSHAL'S REPORT OF SALE |
| ARTHUR LARRY FREEMAN, JR., Individually and As Personal Representative of the Estate of ERNESTINE BONILLA; KHRISTEN DION FREEMAN and QUINTELL FREEMAN, Heirs-at-Law and Devisees Under the Last Will and Testament of ERNESTINE BONILLA, Deceased, THE BELK CENTER and CITICORP CREDIT SERVICES, INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

Under authority and by direction of the Decree of Foreclosure and Sale filed in this action, after due advertisement as required therein, I offered for sale at public auction during the usual hours of public sale, at the Horry County, South Carolina, Courthouse on May 4, 2005, the mortgaged property which is the subject matter of this action, and I received a high bid from D & S Enterprises, in the amount of Fifty Two Thousand and No/100 ($52,000.00) Dollars.

The successful bidder not being an agency of the plaintiff herein, a deposit of 5% of the amount of the bid as

earnest money and as evidence of good faith was required. In view of the fact that no deficiency judgment was sought by the plaintiff, the bidding was not held open for the usual thirty (30) day period, and the sale to D & S Enterprises was considered final and complete. The balance of the purchase price has now been paid.

It is recommended that the Court by its Order do now approve and confirm the foregoing sale.

Respectfully submitted,

_____
JOHNNY MACK BROWN
United States Marshal

Columbia, South Carolina
___MAY 2 4_____, 2005