IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO. 4:04-22094-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER CONFIRMING MARSHAL'S |
| | ) | REPORT OF SALE |
| ARTHUR LARRY FREEMAN, JR., | ) | |
| Individually and As | ) | |
| Personal Representative of | ) | |
| the Estate of ERNESTINE | ) | |
| BONILLA; KHRISTEN DION | ) | |
| FREEMAN and QUINTELL | ) | |
| FREEMAN, Heirs-at-Law and | ) | |
| Devisees Under the Last | ) | |
| Will and Testament of | ) | |
| ERNESTINE BONILLA, | ) | |
| Deceased, THE BELK CENTER | ) | |
| and CITICORP CREDIT | ) | |
| SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

The United States Marshal having submitted his Report of Sale in the above-entitled action, showing that pursuant to the Order of this Court, he offered for sale at public auction, after due advertisement thereof, the property described in the Decree of Foreclosure and Sale pursuant to and in accordance with the terms thereof, and at such sale D & S Enterprises was the highest bidder, the bid being the sum of Fifty Two Thousand and No/100 ($52,000.00) Dollars for the real estate herein concerned; that said sale is now final and the aforesaid high bid was accepted, subject to the approval of this Court, and it appearing

that said amount is a fair price for the property under the circumstances existing, and that said sale should be confirmed;

NOW, THEREFORE, it is hereby

ORDERED, ADJUDGED, AND DECREED

That the aforesaid Report of the United States Marshal, and the sale made by him as reported herein, are hereby approved and confirmed, and that the said United States Marshal is hereby authorized and directed to execute and deliver to D & S Enterprises and its successors and assigns forever, a good and sufficient deed conveying to D & S Enterprises the property described in the Decree of Foreclosure and Sale herein.

_____
UNITED STATES DISTRICT JUDGE

_Weave_____, South Carolina
_May 31_____, 2005

ON MOTION OF:

JONATHAN S. GASSER
Acting United States Attorney

By: _____
ROBERT F. DALEY, JR., (ID #6460)
Assistant United States Attorney

2